WILLIAM DEHON KING et al., Respondents, *v.* EUGENIA A. WEBSTER Ross, Appellant.

*King* v. *Ross*, 28 App. Div. 371, appeal dismissed.
(Argued June 6, 1898; decided June 14, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial depart-
86

ment, entered May 13, 1898, upon an order affirming 1, an order of Special Term denying defendant's motion for a trial by jury; 2, a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term, the defendant not appearing, and 3, an order of Special Term denying a motion to disallow an extra allowance.

*George L. Rives* and *Richard S. Sweezy* for motion.

*Amasa J. Parker, Jr.*, opposed.

Motion granted and appeal dismissed, with costs.